# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO; TONY SOUSA; ROBERT ENGLENT; and DOES One through Twenty, inclusive,<br><br>　　　　　Defendants. | 1:12-cv-00051-AWI-BAM<br><br>ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendants Tony Sousa, City of Modesto and Robert Englent have filed motions to dismiss the complaint of plaintiff Marvin Cain pursuant to Federal Rule of Civil Procedure 12(b). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The previously scheduled hearing date of May 14, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE