Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 N. Palm Ave., Suite 310
Fresno, CA  93704

Telephone:	(559) 256-7800
Facsimile:	(559) 449-4535
E-mail:	jmaddox@lcwlegal.com

Attorneys for Defendants
CITY OF MODESTO

Marvin Cain
62 Nostalgia Ave.
Patterson, CA 995363
Telephone:	(209) 892-3352
E-mail:	rbeckyc56@yahoo.com

In Pro Per Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CAIN,<br><br>              Plaintiff,<br><br>      v.<br><br>CITY OF MODESTO, TONY SOUSA, ROBERT ENGLENT, and DOES One through Twenty, inclusive,<br><br>              Defendants. | Case No.  1:12-cv-00051 AWI/BAM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

52386.1 MO202-056

STIPULATION AND ORDER OF
DISMISSAL 1:12-CV-00051 AWI/BAM

Dated: June 27, 2012                     Liebert Cassidy Whitmore


                                         By:    /s/
                                             Jesse J. Maddox
                                             Attorneys for Defendants
                                             CITY OF MODESTO

Dated: June 15, 2012


                                         By:    /s/
                                             Marvin Cain
                                             In Pro Per Plaintiff


**O R D E R**

The parties to this action having stipulated, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*.


IT IS SO ORDERED.

Dated:   June 27, 2012         _____
                               CHIEF UNITED STATES DISTRICT JUDGE